UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| FITZGERALD TRUCK PARTS AND SALES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:20-cv-00026<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

The Magistrate Judge held a telephone conference with counsel for the parties on June 30, 2021. Counsel for both parties raised issues related to discovery production. Based on the parties' representations, counsel shall confer by July 7, 2021, regarding a timetable for the United States' ESI production and production of a related privilege log. Counsel shall also confer regarding Plaintiff's production of vendor receipts. If counsel are not able to reach an agreement on these or other discovery issues after conferring in good faith, they shall file a joint statement of the remaining dispute by July 28, 2021.

A telephone conference is set on July 30, 2021 at 10:30 a.m. Counsel shall call (888) 557-8511 and enter access code 7819165# to participate.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge