# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| FITZGERALD TRUCK PARTS AND SALES, LLC, f/k/a FITZGERALD KIT TRUCKS AND SALES, LLC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO: 2:20-cv-00026 |

✓ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED that the jury found as follows:**

- Plaintiff, Fitzgerald Truck Parts and Sales, LLC, proved that the cost of repair of the glider tractors it assembled and sold during the years 2012 through 2017 did not exceed 75% of the retail price of a comparable new highway tractor.

- Plaintiff, Fitzgerald proved that the original highway tractor was taxable when it was new.

- Plaintiff, Fitzgerald proved that it met all the requirements for the Safe Harbor Provision on all of its glider tractors.

**IN ACCORDANCE WITH THE VERDICT OF THE JURY RENDERED ON JULY 14, 2023, JUDGMENT IS HEREBY ENTERED IN FAVOR OF THE PLAINTIFF**.

LYNDA HILL, CLERK

BY: *Kelly Parise*
Deputy Clerk